Kevin MARILLEY; Salvatore Papetti; Savior Papetti, on behalf of themselves and similarly situated, Plaintiffs–Appellees,

v.

Charlton H. BONHAM, in his official capacity as Director of the California Department of Fish and Game, Defendant–Appellant.

No. 13–17358.

United States Court of Appeals, Ninth Circuit.

Feb. 26, 2016.

Jared Morgan Galanis, Gross Law P.C., Todd Richard Gregorian, Fenwick & West LLP, San Francisco, CA, Stuart George Gross, Cotchett, Pitre & McCarthy, LLP, Burlingame, CA, for Plaintiffs–Appellees.

Gary S. Alexander, Esquire, Office of the California Attorney General, San Francisco, CA, Margaret Elaine Meckenstock, Office of the Attorney General, Oakland, CA, for Defendant–Appellant.

D.C. No. 4:11–cv–02418–DMR.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel